958 F.2d 364
 Manchester (William F.)
v.
Rzewnicki (Janet C.), Oberly (Charles M., III), Williams
(Richard L.), Lewis (Lawrence W.), Hanley (James L.),
Bartels (Diane Jean), Durstein (Ralph K.), Barron (Timothy
H.), Flynn (Richard D.), Fairbanks (Richard D., Jr.),
Gleason (Betty J.), John/Jane Doe
 NO. 91-3848
 United States Court of Appeals,
Third Circuit.
 Feb 20, 1992
 
 Appeal From: D.Del.,
 Latchum, J.,
 
 777 F.Supp. 319
 
 1
 AFFIRMED.